UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IRONWORKERS LOCAL 808,
IRONWORKERS LOCAL UNION 808
PENSION FUND, IRONWORKERS
LOCAL UNION 808 ANNUITY FUND,
IRONWORKERS LOCAL UNION 808
APPRENTICESHIP FUND, RICKY
CANTU, WAYNE IVEY, PAUL METTE,
WES KENDRICK, GREG HOLMES,
MICHAEL HALE, SOUTHEASTERN
IRONWORKERS HEALTH CARE
PLAN, JODY CREWS, JIMBO BOYKIN,
H. PRESTON TAYLOR, ALEXANDER
BERGEL, LESTER HENSLEY, JACK
JARRELL, WILLIAM MCMILLIAN,
ROBERT DUFFIELD, YOSVANY
TORRES, WILLIAM BRADLEY, PAUL
METTE and WES KENDRICK,

       Plaintiffs,

v.                          Case No: 6:18-cv-810-Orl-40TBS

PROWELD, LLC,

       Defendant.
_____/

## ORDER

This cause is before the Court on Plaintiff's Motion for Entry of Default Judgment (Doc. 15) filed on October 15, 2018. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed October 24, 2018 (Doc. 16), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion for Entry of Default Judgment (Doc. 15) is **GRANTED**.

3. The Clerk is **DIRECTED** to enter judgment in favor of Plaintiffs and against Defendant Proweld, LLC in the amount of $105,398.11 in unpaid contribution, interest on the unpaid contribution at the 12% rate provided for in the plan, liquidated damages, and attorneys fees and costs.

4. The Clerk is further **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on November 8, 2018.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties